**Order filed December 8, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00584-CV

_____

_____

**K.G., Appellant**

**v.**

**DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee**

---

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 20CP0025**

---

## ORDER

This is an accelerated appeal from an order for termination in a parental termination appeal. Appellant's brief was due November 29, 2021. No brief was filed. On November 30, 2021, we issued an order directing appellant's appointed counsel to file a brief on or before December 9, 2021.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed.

*See* Tex. R. Jud. Admin. 6.2(a). This accelerated schedule requires greater compliance with briefing deadlines.

On, December 8, 2021, counsel filed a motion to extend time to file appellant's brief until January 9, 2022. That motion is DENIED.

We order appellant's appointed counsel, Gabe Perez, to file appellant's brief no later than **December 20, 2021.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM


Panel Consists of Justices Wise, Spain, and Hassan.